UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2014 MAY 12  AM 10:57

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| BENJAMIN D. CURELL, ) | 1:14-cr-0098 JMS-TAB |
| ) | |
| Defendant. ) | |

### INFORMATION

*Count One*
[18 U.S.C. § 248]
[Intentionally Damaging a Reproductive Health Facility]

The United States Attorney charges that:

On or about April 11, 2013, in Monroe County within the Southern District of Indiana, defendant BENJAMIN D. CURELL intentionally damaged the property of a facility that provided reproductive-health services and BENJAMIN D. CURELL did so knowingly and because the facility was being used to provide reproductive-health services.

All in violation of Title 18, United States Code, Section 248(a)(3).

JOSEPH H. HOGSETT
United States Attorney
Southern District of Indiana

1

STATE OF INDIANA    )
                    )  SS:
COUNTY OF MARION    )

Sharon M. Jackson, being first duly sworn, upon her oath deposes and says that she is an Assistant United States Attorney in and for the Southern District of Indiana, that she makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as she is informed and verily believes.

_____
Sharon M. Jackson
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this  9th  day of May, 2014.

_____
Michelle A. Butler
Notary Public

My Commission Expires: January 21, 2016

My County of Residence: Hendricks

2