UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:14-cr-0098-TAB-JMS-1 |
| | ) | |
| BENJAMIN D. CURRELL, | ) | |
|     Defendant. | ) | |

Entry for July 1, 2014

Honorable Mark J. Dinsmore, Magistrate Judge

Parties appear for a hearing on Defendant=s Petition to Enter a Plea of Guilty and Sentencing. Defendant appears in person and by counsel, Daniel Reuter. Government appears by AUSA Sharon Jackson and DOJ counsel Sanjay Patel. USPO appears by Stephanie Ivie.

The Court advised Defendant of his rights. Defendant entered an oral plea of guilty as charged in Count 1 of the Information. Court found factual basis for plea and that the plea is voluntarily and knowingly made. Court accepted Defendant=s Plea Agreement.

Sentencing hearing held.

Hearing is concluded.

Defendant sentenced to conditions of probation.

J&C forthcoming.

Date: 07/02/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to:

Sharon Jackson
UNITED STATES ATTORNEY'S OFFICE
sharon.jackson@usdoj.gov

Sanjay Harivadean Patel
U.S. Department of Justice
sanjay.patel@usdoj.gov

Daniel C. Reuter
reuterlaw@sbcglobal.net

UNITED STATES PROBATION
101 United States Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204

UNITED STATES MARSHAL
179 United States Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204